169 F.3d 666
 137 Lab.Cas. P 33,846, 5 Wage & Hour Cas.2d
(BNA) 677
 Laura LAMBERT; Esther Ackley; Steve Belling; Pat Cooke;
Letitia Selk; Chuck Viltz, Plaintiffs-Appellees-
Cross-Appellants,
v.
Barry ACKERLY, William Ackerly; Seattle Supersonics Inc., a
former Washington corporation; Full House Sports &
Entertainment Inc., a Washington corporation; SSI Sports
Inc., a Washington corporation, Defendants-Appellants-Cross-Appellees.
 Nos. 96-36017, 96-36266, 96-36267.
 United States Court of Appeals,
Ninth Circuit.
 March 9, 1999.
 
 Before: HUG, Chief Judge.
 
 ORDER
 
 1
 Upon the vote of a majority of nonrecused regular active judges of this court,[1] it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35-3. The three-judge panel opinion, Lambert v. Ackerly, 156 F.3d 1018 (9th Cir.1998), is withdrawn.
 
 
 
 [1]
 Judge McKeown was recused